**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | * CASE NO. 26-56570-sms |
| | * |
| Francine Melissa Hillman, | * CHAPTER 13 |
| AKA Francine M Hillman; AKA Francine | * |
| Hillman, | * |
| | * |
| Debtor. | * CONTESTED MATTER |

**MOTION TO EXTEND 11 U.S.C. § 362(a) STAY**

**COMES NOW** Debtor and through counsel files this *Motion to Extend 11 U.S.C. § 362(a) Stay*, showing to this Honorable Court the following:

1.

This Court has jurisdiction in this contested matter pursuant to 28 U.S.C. § 1334; LR 83.7A NDGA; and, the Order of Referral entered by the United States District Court Northern District of Georgia on July 12, 1984. Venue is appropriate pursuant to 28 U.S.C. § 1409. This matter is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A)(G) and (O); in the alternative, Debtors expressly consent to this Court's entering an order in this contested matter. This motion is brought pursuant to 11 U.S.C. § 362(c)(3)(B) and F. R. Bankr. P. 9014.

2.

Debtor filed for relief in the instant Chapter 13 case on May 18, 2026.

3.

Debtor was the debtor in a prior bankruptcy case, case #1:2026bk53104, which was pending and dismissed within the twelve-month period preceding the filing of the instant case.

4.

Debtor's prior case was dismissed because of failure to pay filing fee installment. Debtor had issues with the electronic payment system.

5.

Debtor avers that Debtor can successfully prosecute this case because Debtor has paid the full filing fee.

WHEREFORE, Debtor prays that the stay under 11 U.S.C. § 362(a) be extended pursuant to 11 U.S.C. §362(c)(3)(B) as to all creditors in this case.

Respectfully submitted,

/s/
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

IN RE:                                          *  CASE NO. 26-56570-sms
                                                *
Francine Melissa Hillman,                       *  CHAPTER   13
AKA Francine M Hillman; AKA Francine            *
Hillman,                                         *
                                                *
    Debtor.                                      *  CONTESTED MATTER

## NOTICE OF HEARING ON MOTION TO EXTEND STAY

**PLEASE TAKE NOTICE** that Francine Melissa Hillman filed a *Motion to Extend 11 U.S.C. § 362(a) Stay* and related papers with the Court seeking an order to extend the Automatic Stay as to all creditors in this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:30 A.M**. on **June 2, 2026,** in Courtroom **1201**, United States Courthouse, **75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted
CLARK & WASHINGTON, PC

/s/
Thomas Reichard, GA Bar No. 150822
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I certify that on the 21st day of ___May___ 2026, I electronically filed the foregoing *Motion to Extend 11 U.S.C. § 362(a) Stay* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Francine Hillman
4255 Loveless Place
Ellenwood, GA 30294

Progress Residential.
Syandene Shellmon, Payment & Recovery Associate
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256

Carmax Auto Finance
Ashley Miller, Representative II Bankruptcy
225 Chastain Meadows Court Ste 210
Kennesaw, GA 30144

Midland Credit Management, Inc.
Mohsina Bagum, Bankruptcy Specialist
PO Box 2037
Warren, MI 48090

AT & T Enterprise aka AT&T
by AIS InfoSource LP as agent
Devyas Vaghela, Bankruptcy Specialist
4515 N Santa Fe Ave
Oklahoma City, OK 73118

United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303 - 3309

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

The Internal Revenue Service
Centralized Insolvency Operation
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
Markous Gayle, Bankruptcy Specialist
Insolvency Unit
401 W Peachtree ST, NW
Room 900, M/S 334-D
Atlanta, GA 30308-3539

Chris Carr, Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

Georgia Department of Revenue
Bankruptcy
Shinelle Norton, Authorized Representative
2595 Century Parkway, NE Suite 339
Atlanta, Georgia 30345

Georgia Department of Revenue
Compliance Division, ARC-Bankruptcy Section
1800 Century Blvd, NE
Suite 9100
Atlanta, GA 30345

In addition, I certify that I served all creditors listed in the attached matrix by mailing copies of the motion and notice to the addresses indicated therein.

Dated: 5/21/2026

/s/
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

Label Matrix for local noticing
113E-1
Case 26-56570-sms
Northern District of Georgia
Atlanta
Thu May 21 13:02:52 EDT 2026

AT&T Enterprise aka AT&T
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

CarMax Business Services, LLC
Reg. Agent: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341-3923

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Francine Melissa Hillman
4255 Loveless Place
Ellenwood, GA 30294-1623

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

Lendumo
PO Box 542
Lac Du Flambeau, WI 54538-0542

Midland Credit Mgmt Inc.
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Progress Residential
7500 N. Dobson Road
Scottsdale, AZ 85256-2727

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

Radius Global Solution
7831 Glenroy Road
Edina, MN 55439-3117

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

(p)SCANA ENERGY MARKETING
3344 PEACHTREE ROAD
SUITE 2150
ATLANTA GA 30326-4808

(p)TRANSFORM CREDIT INC
1449 S MICHIGAN AVE
STE 13304
CHICAGO IL 60605-2810

Trueaccord C
Attn: Bankruptcy
16011 College Blvd., Suite 130
Lenexa, KS 66219-9877

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CarMax Auto Finance
225 Chastain Meadows Court
Suite 210
Kennesaw, GA 30144

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202

Scana Energy
3344 Peachtree Road NE, Suite 2150
Atlanta, GA 30326

Transform Credit Inc
Attn: Bankruptcy
1440 W Taylor St #431
Chicago, IL 60607

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17